IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SHANTE BOWLES

           Petitioner,

v.                                                CIVIL ACTION NO. 2:15-cv-05268
                                                     (Criminal No. 2:07-cr-00133)

UNITED STATES OF AMERICA,

           Respondent.

## MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 16, 2018, Judge Aboulhosn submitted his Proposed Findings of Fact and Recommendation [ECF No. 65] ("PF&R"), recommending the court deny Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [ECF No. 55] and Supplemental Section 2255 Motion [ECF No. 63] and remove the matter from its docket. No objections to Judge Aboulhosn's PF&R have been filed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **DENIES** the Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [ECF No.

55] and Supplemental Section 2255 Motion [ECF No. 63] and **REMOVES** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record, any unrepresented party, and the United States Magistrate Judge.

ENTER: September 7, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE